UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JERRY HARTFIELD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION H-07-3676 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On January 29, 2009, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (23) to which both parties have filed objections (27, 31). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order.

Signed _____2 · 25_____, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge