| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JERRY HARTFIELD, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-07-3676
§
JOHN RUPERT, §
§
    Respondent. §

## Transfer Order

Senior Warden John Rupert of the Michael Unit is substituted as respondent in this case, and the case is transferred to the United States District Court for the Eastern District of Texas, Tyler Division.

Signed     2 . 25    , 2009, at Houston, Texas.

                                                    Lynn N. Hughes
                                       United States District Judge